UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, ex rel. TONEY GONZALES | ) ) ) | |
|---|---|---|
| v. | ) ) | NO. 3:12-0389 JUDGE CAMPBELL |
| J.W. CARELL ENT., INC., et al. | ) | |

SEALED ORDER

Pending before the Court is a Motion for Stay Because of Lapse of Appropriations (Docket No. 36). The Motion is MOOT.

   IT IS SO ORDERED.

                                                  _____
                                                TODD J. CAMPBELL
                                                UNITED STATES DISTRICT JUDGE