UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) | |
| TONEY GONZALES, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3:12-00389 |
| ) | JUDGE CAMPBELL |
| v. ) | MAGISTRATE JUDGE KNOWLES |
| ) | |
| J.W. CARELL ENTERPRISES, INC., et al., ) | **FILED UNDER SEAL** |
| ) | |
| Defendants. )" | |

## ORDER

Upon consideration of the United States' Motion to Lift the Seal and to Stay the Case, and for good cause shown, the Court rules as follows:

IT IS ORDERED that,

1. The Complaint [D.E. 1] shall be unsealed;

2. Docket Nos. 17, 25, 28, 32, 34, 40, and 43 in this action shall remain under seal and not be made public or served upon Defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. All proceedings in this case shall be **STAYED** up to and including August 29, 2014. At or prior to that date, the United States shall file an appropriate notice or motion to allow the case to proceed.

IT IS SO ORDERED

ENTERED this _____ day of _____, 2014.

_____
TODD J. CAMPBELL
United States District Judge